# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
)  Case No. 3:20 mj 100
Priority Mail Tracking Number 9505514868980050437456, postmarked )
February 19, 2020 addressed to ms ogles 653 Wilfred Ave Dayton, Ohio )
45410 with a return address of YOUR PAWSOME FRIENDS @ The Bully CO )
PO Box 2724 Tehachapi Ca 93581. )

FILED
RICHARD W. NAGEL
CLERK OF COURT

2020 FEB 21 PM 12: 47

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WESTERN DIV. DAYTON

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
Priority Mail Tracking Number 9505514868980050437456

located in the ___Southern___ District of ___Ohio___, there is now concealed *(identify the person or describe the property to be seized)*:
Controlled Substances, materials and documents reflecting the distribution of controlled substances through the U.S. Mails, including money and/or monetary instruments paid for controlled substances

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☒ evidence of a crime;
☒ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of: Title 21

| Code Section | Offense Description |
|---|---|
| 841 (a) (1), 843 (b) & 846 | Possession with intent to distribute a controlled substance |
| | Use of communication facility to commit felony |
| | Conspiracy to distribute a controlled substance |

The application is based on these facts:
See attached affidavit of U.S. Postal Inspector Rossiter

☒ Continued on the attached sheet.
☐ Delayed notice ___ days (give exact ending date if more than 30 days: ___) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Joseph L. Rossiter, U. S. Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 2/21/20

*Judge's signature*

City and state: Dayton, Ohio

Honorable Michael J. Newman
United States Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
DAYTON, OHIO

STATE OF OHIO            )
                         ) SS
COUNTY OF MONTGOMERY )

AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

I, JOSEPH ROSSITER, HAVING BEEN DULY SWORN, DEPOSE AND STATE: I am a United States Postal Inspector and have been since May 2016. I am presently assigned to the Cincinnati Field Office of the United States Postal Inspection Service, Pittsburgh Division, with investigative responsibility for southeast Indiana and southern Ohio. Part of my responsibility involves investigating the use of the United States Mail in the transportation of narcotics, other dangerous controlled substances, and financial proceeds from, or instrumentalities used in, the sale of such narcotics and controlled substances (hereinafter, "Drugs and/or Proceeds").

Based on my training and experience as a United States Postal Inspector, I have become aware that drug traffickers frequently use United States Priority Mail Express (overnight) or Priority Mail (2-3-day) to transport Drugs and/or Proceeds. Additionally, as a result of prior investigations, law enforcement training and successful controlled-substance prosecutions involving the use of the United States Mail, I have learned of certain common characteristics and/or circumstances that indicate that a package may contain Drugs and/or Proceeds. These circumstances and/or characteristics include, but are not necessarily limited to, the following: the mailer uses different post offices on the same day to send packages, the return address is false or non-existent, the addressee is not known to receive mail at the listed delivery address, the package is heavily taped, the package is mailed from a known drug source location, the labeling information contains misspellings, the label contains an illegible waiver signature, unusual odors emanate from the package, and the listed address is located in an area of known or suspected drug activity.

On February 21, 2020, Postal Inspectors intercepted a package (hereinafter, the "Package") at the Huber Heights Post Office in Dayton, OH. The Package is a Priority Mail box, bearing tracking number 9505 5148 6898 0050 4374 56, postmarked February 19, 2020, with the following address information:

    Sender:  YOUR PAWSOME
           FRIENDS @
           The Bully CO
           PO Box 2724
           Tehachapi Ca 93581

    Addressee: ms ogles
           653 Wilfred Ave
           Dayton, Ohio
           45410

Through prior law enforcement training and experience, I am aware that Southern California is a known drug source location. I also observed an excessive amount of taping on the package.

I performed a check in CLEAR database for the addressee's information on the Package of "ms ogles 653 Wilfred Ave Dayton, Ohio 45410." CLEAR is a law enforcement database that is used as a tool for investigators to identify person/business and address information. According to CLEAR, there is a "Tatyanah Ogles" associated with 653 Wilfred Ave, Dayton, OH 45410.

I also performed a check in CLEAR for the sender's information listed on the Package of "YOUR PAWSOME FRIENDS @ The Bully CO PO Box 2724 Tehachapi Ca 93581." According to CLEAR, there is no company "The Bully CO" associated with PO Box 2724.

On February 21, 2020, at my request, Dayton Police Department Officer Jeremy Stewart conducted a narcotics-detection canine "free air" check of the outside of the Package. I was present during said check. The Package was placed in a controlled area and presented to narcotics-detection canine, "Weston." As set forth in the attached affidavit of Officer Stewart, "Weston" alerted positively for the presence or odor of a narcotic or other controlled substance. "Weston" is a properly trained and certified narcotics-detection canine.

2

Based on my prior law enforcement training and experience as a United States Postal Inspector, the Package's address information, including (i) absence of a known association between the sender and the return address, (ii) the excessive amount of taping, and (iii) the positive alert of the narcotics-detection canine are all indicative of and consistent with Drugs and/or Proceeds in the Package.

Therefore, a search warrant to open the Package is requested.

Further, your affiant sayeth naught.

_____
Joseph L. Rossiter
Postal Inspector

Subscribed and sworn to and before me this 21st day of February, 2020.

_____
Honorable Michael J. Newman
United States Magistrate Judge

3



UNITED STATES POSTAL INSPECTION SERVICE

PITTSBURGH DIVISION

## OFFICER AFFIDAVIT

I, Officer <u>Jeremy Stewart</u>, am and have been employed by the <u>Dayton Police Department</u> since <u>2014</u>. Among other duties, I am currently the assigned handler of narcotics detection canine "<u>Weston</u>" which is trained and certified in the detection of the presence or odor of narcotics described as follows:

<u>Marijuana, Cocaine, Methamphetamine, and Heroin</u>

On <u>2-21-20</u>, at the request of Postal Inspector <u>ROSSITER</u>, I responded to the <u>DAYTON P&DC</u>, where "<u>Weston</u>" did alert to and indicate upon: [describe item]

9505 5148 6898 0050 437456
YOUR PAWSOME FRIENDS @ The Bully Co PO Box 2724 Tchachapi Ca 93581
Ms Oyles 653 Wilfred Ave Dayton, Ohio 45410

Which, based upon my training and experience and that of "<u>Weston</u>", indicates there is contained within or upon the above described item, the presence or odor of a narcotic or other controlled substance.

_____ / 20940 / 2-21-20
(Signature/Badge #, and Date)

_____ 5/21/20
(Witness/Date)

Cincinnati Field Office
895 Central Avenue STE 400
Cincinnati, OH 45202-5748
Telephone: 877-876-2455
FAX: 513-684-8009